EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                   | 2021 TSPR 131        |
|----------------------------------------------------------------------------------------------------------|----------------------|
| Resolución de Despedida del Lcdo. José I. Campos Pérez, Secretario del Tribunal Supremo de Puerto Rico    | 207 DPR ____         |

Número del Caso:  ED-2021-1

Fecha: 31 de agosto de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re*:<br><br><br>Resolución de Despedida del Lcdo. José I. Campos Pérez, Secretario del Tribunal Supremo de Puerto Rico | ED-2021-01 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 31 de agosto de 2021.

El Lcdo. José I. Campos Pérez culmina hoy sus funciones como Secretario del Tribunal Supremo. En su trayecto, se destacó por realizar una labor llena de tenacidad y entrega tanto al Poder Judicial como al pueblo de Puerto Rico. En atención a su gran desempeño, nos place agradecerle por su excelente servicio.

El licenciado Campos Pérez posee un *juris doctor* y una maestría en litigación y métodos alternos de la Universidad Interamericana de Puerto Rico. En el 2013 comenzó a trabajar en el Tribunal Supremo como Oficial Jurídico del Juez Asociado señor Kolthoff Caraballo. Posteriormente, fungió como Director del Programa de Educación Jurídica Continua. En el 2018 fue nombrado Secretario del Tribunal Supremo, labor que realizó desde el 13 de noviembre de 2018 hasta hoy. Mediante su función como Secretario, el licenciado Campos Pérez utilizó sus conocimientos en ingeniería industrial para modificar los procesos internos a los fines de lograr efectividad y eficiencia en la Secretaría. Además, estuvo a cargo de los procedimientos para garantizar el funcionamiento ininterrumpido de la Secretaría del Tribunal Supremo durante el *lockdown* decretado a raíz de la pandemia. Como parte de su legado, el licenciado Campos Pérez creó un proyecto sobre digitalización de expedientes y presentación digital de documentos.

El licenciado Campos Pérez comienza un nuevo curso profesional para desempeñarse como Asesor en Gerencia y Eficiencia Gubernamental en la Oficina del Gobernador. Confiamos que este nuevo reto será para bien.

La honrosa despedida que nos ocupa también nos mueve a desearle nuestros más sinceros deseos de éxito en todos los proyectos que emprenda. Estamos convencidos de que su desempeño será de mucho compromiso y excelencia.

Publíquese inmediatamente.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo hace constar la expresión siguiente: Ciertamente, el Lcdo. José I. Campos Pérez ha realizado una gran aportación para la comunidad jurídica y Puerto Rico durante su gestión como Secretario de este Tribunal, por lo que me uno sin reserva y con gran satisfacción a lo expresado por la Curia. No obstante, quiero aprovechar la ocasión para de forma especial destacar y agradecer al licenciado Campos Pérez por su dedicación, conocimientos y, sobre todo, su inmensa calidad humana. Además, es importante resaltar que el tesón que colocó sobre la marcha le distinguió en su recorrido durante esta Rama constitucional. Confío en Dios que el próximo camino continuará lleno de aciertos que producirán nuevas bendiciones para el licenciado Campos Pérez, su esposa Christie, su amada hija Paulina y el pueblo de Puerto Rico.

El Juez Asociado señor Colón Pérez no intervino.


                         Bettina Zeno González
                    Subsecretaria del Tribunal Supremo